**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re:

Luis E. Vital-Corona,                                    Chapter 13

                              Debtor.                   Case No. 19-23641 (shl)

----------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF WESTCHESTER      )

I, Dylan Grey Rupp, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Nyack, New York.

On November 18, 2019, I served true and completed copies of the following document(s):

> A request for mortgage assistance (RMA) form
> A 4506-T form
> A hardship letter signed by the Debtor
> 2018 and 2017 tax returns
> Debtor's paystubs from September 6, 2019 through November 8, 2019
> Sterling National Bank statements for July 16, 2019 through October 15, 2019
> Suez water bill
> Orange & Rockland utility bill

upon Christina Valenzuela at Cohn & Roth, LLC via cvalenzuela@cohnroth.com

                                          _____
                                          Dylan Grey Rupp

Sworn to before me this
20th day of November, 2019

_____
Notary Public, State of New York
My commission expires:

**JENNIFER DUGAN**
**NOTARY PUBLIC, State of New York**
**No. 01DU6130798**
**Qualified in Westchester County**
**Commission Expires July 25, 20__**